FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 22, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TRELISTA B., <br><br>                Plaintiff, <br><br>   v. <br><br>COMMISSIONER OF SOCIAL SECURITY, <br><br>                Defendant. | NO: 1:18-CV-3037-RMP <br><br> ORDER GRANTING STIPULATED MOTION FOR REMAND |

**BEFORE THE COURT** is a Stipulated Motion to Reverse and for Remand, ECF No. 15, filed on behalf of both parties. Plaintiff Trelista B.[1] and Defendant Commissioner of Social Security agree that this case should be reversed and remanded for further administrative proceedings, including a *de novo* hearing with a new Administrative Law Judge ("ALJ"). *Id.*

---

[1] In the interest of protecting Plaintiff's privacy, the Court will use Plaintiff's first name and last initial, and, subsequently, Plaintiff's first name only, throughout this decision.

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 1

The Social Security Act gives the district court to power of judicial review. 42 U.S.C. §405(g). Under this power, the district court may enter "a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." *Id.*

The Court finds that reversal and remand for further administrative proceedings is appropriate in this case. On remand the new ALJ shall obtain expert medical expert testimony to review the severity and medical opinion evidence; reevaluate all of plaintiff's impairments, including mental and physical conditions, determining whether they are severe, alone, or in combination; evaluate Plaintiff's symptoms pursuant to Social Security Ruling 16-3p; reevaluate the medical opinion evidence; continue the sequential evaluation process, obtaining, if necessary, supplemental vocational expert testimony; and issue a new decision.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion for Summary Judgment, **ECF No. 11**, is **DENIED AS MOOT**.

2. The parties' Stipulated Motion for Remand, **ECF No. 15**, is **GRANTED**.

3. The decision of the Administrative Law Judge below, **ECF No. 9-2 at 20–29 (AR 19–28)**, is **REVERSED**.

4. This case is **REMANDED** for a *de novo* hearing before the Social Security Administration.

5. **UPON REMAND**, a newly-assigned ALJ will conduct a *de novo* hearing and issue a new decision that is consistent with the instructions set forth in this Order.

6. Judgment shall be entered in favor of Plaintiff.

7. The Court grants reasonable attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to counsel, enter judgment on behalf of Plaintiff, and **close this case**.

**DATED** October 22, 2018.

                                          *s/ Rosanna Malouf Peterson*
                                        ROSANNA MALOUF PETERSON
                                          United States District Judge