# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 22, 2018

SEAN F. McAVOY, CLERK

TRELISTA B.,

_____
*Plaintiff*

v.

COMMISSIONER OF SOCIAL SECURITY,

_____
*Defendant*

)
)
)
)
)
)

Civil Action No.   1:18-CV-3037-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   Plaintiff's Motion for Summary Judgment, ECF No. 11, is DENIED AS MOOT.
The parties' Stipulated Motion for Remand, ECF No. 15, is GRANTED.
The decision of the Administrative Law Judge below, ECF No. 9-2 at 20–29 (AR 19–28), is REVERSED.
This case is REMANDED for a de novo hearing before the Social Security Administration.  Judgment is entered in favor
of the Plaintiff.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge _____Rosanna Malouf Peterson_____ on a stipulated motion for
remand ECF No. 15.

Date:   __October 22, 2018__

*CLERK OF COURT*

SEAN F. McAVOY

s/ Virginia Reisenauer
_____
*(By) Deputy Clerk*

Virginia Reisenauer